IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 3-20-MJ-05045 |
| --- | --- | --- |
| | ) | JUDGE: KNEPP |
| Plaintiff | ) | |
| | ) | MOTION FOR PHYCHOLOGICAL EXAMINATION OF DEFENDANT |
| v. | ) | |
| | ) | |
| RYAN GAGNET | ) | JEROME PHILLIPS 0001140 |
| | | Wittenberg, Phillips, Levy |
| Defendant | ) | 420 Madison Ave. Suite 1101 |
| | | Toledo, Ohio 43604 |
| | ) | 419-255-6070 |
| | | Attorney for Defendant |
| | ) | |

Now comes the defendant, by and through his counsel, and hereby moves this Court for an order allowing a Psychological Examination. As grounds for said motion, Defendant asserts that the materials provided to counsel by the government indicate that the defendant may be in need of psychological testing and counseling.

Moreover, Defendant asserts that the charge in this case is such that his mental competence and the issue of mental disease or defect may bear on the ultimate issue of guilt and would benefit the Court in the event of such a finding.

Defendant understands that if the Court grants the motion, that the interest of justice outweigh the interest of the public and the defendant in obtaining a speedy trial and as such any time for that examination will be excluded from the Speedy Trial Act.

WHEREFORE, Defendant, Ryan Gagnet, moves this Court for an order providing for a psychological examination and for such other relief as may be necessary and proper.

Respectfully submitted,

_____
JEROME PHILLIPS

CERTIFICATION

I hereby certify that a copy of this motion was electronically forwarded to Assistant United States Attorney, Mike Freeman of the Northern District of Ohio.

_____
JEROME PHILLIPS