IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**　　　　　　Case No: 3:20-mj-5045

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　Magistrate Judge James R. Knepp II

**RYAN JAMES GAGNET,**

　　　　Defendant.　　　　　　　　　　　　**ORDER**

　　This matter having come before the Court upon motion of defendant, and with the concurrence of the Court, defendant Ryan James Gagnet shall undergo a mental health examination for the purpose of determining mental competency, and specifically whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

　　It is ordered that under the provisions of Title 18 U.S.C. 4241(b):

1. Court Diagnostic and Treatment Center is hereby appointed to examine the defendant and to report their findings as soon as practicable to the Court, United States Attorney Michael J. Freeman, Four Seagate, 3rd Floor, Toledo, Ohio 43604, attorney Jerome Phillips, 420 Madison Avenue, Suite 1101, Toledo, Ohio 43604, and United States Pretrial/Probation Office, 1946 North 13th Street, Toledo, Ohio 43604.

2. The Pretrial and Probation Office shall release all relevant information to Court Diagnostic and Treatment Center for use in forming an assessment and recommendation.

3. The cost of this examination shall be paid by the Department of Justice.

**IT IS SO ORDERED.**

s/ James R. Knepp II
United States Magistrate Judge