

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | **3:20 CR 145** JUDGE CARR |
| v. | ) ) | CASE NO. MAG. JUDGE KNEPP Title 18, United States Code, |
| RYAN JAMES GAGNET, | ) ) | Section 875(c) |
| Defendant. | ) | |

COUNT 1
(Transmitting a Threatening Interstate Communication, 18 U.S.C. 875(c))

The Grand Jury charges:

On or about February 5, 2020 in the Northern District of Ohio, Western Division, Defendant RYAN JAMES GAGNET, knowingly and willfully did transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: threatening to commit a mass shooting in Shorewood, Illinois, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.